UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>   Petitioner,<br><br>   v.<br><br>KATHLEEN ALLISON, J. BENAVIDEZ,<br>& ROBERT BURTON<br><br>   Respondents. | Case No.   2:22-cv-02024-JDP (HC)<br><br>ORDER GRANTING APPLICATION TO PROCEED *IN FORMA PAUPERIS* AND FINDING THAT THE PETITION DOES NOT STATE A COGNIZABLE SECTION 2254 CLAIM AND GRANTING LEAVE TO AMEND WITHIN THIRTY DAYS<br><br>ECF Nos. 1 & 2 |

   Petitioner, a state prisoner proceeding without counsel, seeks a writ of habeas corpus under 28 U.S.C. § 2254.  After reviewing the petition, I find that it fails to state a viable federal claim.  I will give petitioner a chance to amend before recommending that this action be dismissed.  I will also grant his application to proceed *in forma pauperis*, ECF No. 2.

   The petition is before me for preliminary review under Rule 4 of the Rules Governing Section 2254 Cases.  Under Rule 4, the judge assigned to the habeas proceeding must examine the habeas petition and order a response to the petition unless it "plainly appears" that the petitioner is not entitled to relief.  *See Valdez v. Montgomery*, 918 F.3d 687, 693 (9th Cir. 2019); *Boyd v. Thompson*, 147 F.3d 1124, 1127 (9th Cir. 1998).

   Petitioner's lack of organization makes his petition impossible to understand.  As such, I cannot determine whether he may be entitled to any relief.  Moreover, the petition appears to

attack a conviction that occurred in 2000 and, thus, is likely time-barred.  Petitioner may, if he chooses, file an amended petition that addresses these deficiencies.  If he does not, I will recommend that this action be dismissed.  If petitioner files an amended petition, he should subdivide it by claim so that I and respondents (if they are eventually served) may understand the specifics of his claims.

It is ORDERED that:

1. Petitioner's application to proceed in forma pauperis, ECF No. 2, is GRANTED.

2. Petitioner may file an amended § 2254 petition within thirty days of this order's entry.  If he does not, I will recommend that the current petition be dismissed for the reasons stated in this order.

3. The Clerk of Court is directed to send petitioner a federal habeas form with this order.

IT IS SO ORDERED.

Dated:   December 21, 2022

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE