UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOHEN DIALLO E. UHURU,<br><br>Petitioner,<br><br>v.<br><br>KATHLEEN ALISON, *et al.*,<br><br>Respondents. | Case No. 2:22-cv-02024-JDP (HC)<br><br>ORDER GRANTING PETITIONER'S MOTION FOR AN EXTENSION OF TIME AND DENYING HIS MOTION FOR DISCOVERY<br><br>ECF Nos. 8 & 9 |

Petitioner has filed a motion for an extension of time to file an amended petition. ECF No. 9. Good cause appearing, that motion is granted. Petitioner also filed a motion for discovery; however, discovery is premature at this time since service of the petition has not been authorized. ECF No. 8. Should the petition proceed past the screening stage, I will order service and issue a discovery and scheduling order after respondents respond to the petition. Petitioner then may serve respondents with requests for discovery pursuant to Federal Rules of Civil Procedure 26-37 and 45. If petitioner is unable to obtain necessary discovery from respondents, he can file an appropriate motion asking for the court's assistance.

Accordingly, it is hereby ORDERED that:

1. Petitioner's motion for an extension of time, ECF No. 9, is granted.

2. Petitioner is granted up and until March 10, 2023, to file an amended petition.

3. Petitioner's motion for discovery, ECF No. 8, is denied as premature.

1   IT IS SO ORDERED.

3   Dated:    February 13, 2023                    _____
                                                    JEREMY D. PETERSON
4                                                   UNITED STATES MAGISTRATE JUDGE